IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL A. ALVAREZ,

        Plaintiff,        No. CIV. S-05-0169 DFL PAN PS

    v.                Findings and Recommendation

DEPUTY TREAT et al.,

        Defendants.

_____/

    Pursuant to 28 U.S.C. § 1915(g) and 42 U.S.C. § 1997(e)(a), defendants Rose and Treat move to dismiss plaintiff's claims against them for alleged verbal abuse in the Sacramento County jail upon the ground plaintiff proceeds in forma pauperis but is disqualified by virtue of three previous "strikes" and that he failed to exhaust jail grievance procedures.  Plaintiff does not oppose.

    The motion should be granted for all the reasons set forth in defendant's Memorandum of Points and Authorities dated July 8,

1 | 2005.
2 |     These findings and recommendations are submitted to the
3 | Honorable David F. Levi, the United States District Judge
4 | assigned to this case.  28 U.S.C. § 636(b)(l).  Written
5 | objections may be filed within ten days after being served with
6 | these findings and recommendations.  The document should be
7 | captioned "Objections to Magistrate Judge's Findings and
8 | Recommendations."  The failure to file objections within the
9 | specified time may waive the right to appeal the District Court's
10 | order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
11 |     Dated:  August 30, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge