IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUAL A. ALVAREZ,

        Plaintiff,        No. CIV. S-05-0169-DFL-PAN-PS

    v.

DEPUTY TREAT et al.,        ORDER

        Defendants.
_____/

     This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 25, 2005, Judge Nowinski recommended that defendants' motions to dismiss be granted in part and denied in part.  On June 3, 2005, defendant Hight filed objections to the findings and recommendations.

////

////

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 25, 2005, are adopted in full;

2. Defendant Board of Prison Terms' motion to dismiss is granted with prejudice;

3. Defendant Quinton's motion to dismiss is denied but plaintiff's claim against defendant Quinton is dismissed with leave to amend within 15 days from service of this order; and

4. Defendant Hight's motion to dismiss is denied.

DATED: 9/14/2005

_____
DAVID F. LEVI
United States District Judge