IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUAL A. ALVAREZ,

        Plaintiff,        No. CIV. S-05-0169-DFL-PAN-PS

    v.

DEPUTY TREAT et al.,        ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On August 30, 2005, Judge Nowinski recommended that the unopposed motion to dismiss defendants Rose and Treat be granted. No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1  Accordingly, IT IS HEREBY ORDERED that:
2  1.  The Findings and Recommendations filed August 30,
3  2005, are adopted in full; and
4  2.  Defendants Rose and Treat are dismissed.
5  Dated: 10/21/2005

DAVID F. LEVI
United States District Judge

2