UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANUAL A. ALVAREZ,

        Plaintiff,        CIV S-05-0169 DFL PAN PS

    v.

DEPUTY TREAT et al.,        ORDER

        Defendants.

-o0o-

    Remaining named defendant Michael P. Hight has filed an answer to the complaint and demand for jury trial following this court's denial of Hight's motion to dismiss.

    Within 30 days of service of this order plaintiff shall submit a joint status report identifying all defendants and the causes of action against them, and addressing the following matters:

        (a) Service of process;

        (b) Joinder of additional parties;

```
 1            (c) Amendment of pleadings;
 2            (d) Jurisdiction and venue;
 3            (e) Anticipated motions;
 4            (f) Anticipated discovery and disclosure
 5                of expert witnesses;
 6            (g) Future proceedings, including setting
 7                appropriate deadlines for discovery, motions,
 8                and scheduling the pretrial conference and
 9                trial;
10            (h) Estimate of length of trial;
11            (i) Modification of standard pretrial procedures
12                specified by the rules due to the relative
13                simplicity or complexity of the action or
14                proceedings;
15            (j) Whether the case is related to any other case,
16                including any matter in bankruptcy;
17            (k) Whether a settlement conference should be
18                scheduled;
19            (l) Any other matters that may contribute to the
20                just and expeditious disposition of this
21                matter.
22       So ordered.
23       Dated: November 9, 2005.
24                                    /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
25                                    Magistrate Judge
26
```