IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL ALVAREZ,

        Plaintiff,        CIV. S-05-0169-DFL-PAN(JFM)-PS

    v.

DEPUTY TREAT, et al.,        ORDER

        Defendants.

_____/

        This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 4, 2006, Judge Moulds recommended dismissal of defendants Tidwell and Sargent and granted defendant Hight's motion for summary judgment.  On May 8, 2006, plaintiff filed objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed May 4, 2006, 2006, are adopted in full;

    2. Defendants Tidwell and Sargent are dismissed for plaintiff's failure to timely service process upon them;

    3. Defendant Hight's motion for summary judgment be granted; and

    4. This matter be closed.

DATED: 8/9/2006

_____
DAVID F. LEVI
United States District Judge